IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUANITA SEIGMAN | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil Action No.:  WMN-01-3102 |
| | * | |
| CARDINAL FREIGHT CARRIERS | | |
| Defendant(s) | * | |

\*\*\*\*\*\*

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 45 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date:  2/7/02

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 5/2001)

LAW OFFICES OF

# ARNOLD & GAY, P. A.

SUITE 560 • THE B & O BUILDING
2 NORTH CHARLES STREET

BALTIMORE, MARYLAND 21201

TELEPHONE 837-0215
AREA CODE 410

MARYLAND TOLL FREE NUMBER
1-800-638-5500

FAX: 410-837-7820

HERBERT J. ARNOLD
GERALD F. GAY

KATHERINE M. BERKOWITZ

NORRIS W. TINGLE
JUDGE WILLIAM M. NICKERSON

HOWARD COUNTY OFFICE
EXECUTIVE CENTER
SUITE 385
3300 N. RIDGE ROAD
ELLICOTT CITY, MD. 21043

TELEPHONE 465-1110
AREA CODE 410

FEB 7 2002

February 5, 2002

The Honorable William Nickerson
United States District Judge
United States District Court for
 the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  Juanita Seigman v. Cardinal Freight Carriers
     Case Number: WMN 01-3102

Dear Judge Nickerson:

I am writing to advise the Court that the above captioned matter has been settled by the parties. We would ask that an order issue under Local Rule 111 providing for conclusion of the settlement within 45 days.

Thank you for your consideration of this matter.

Very truly yours,

ARNOLD & GAY, P.A.

Gerald F. Gay

GFG/jlg
enclosure
cc: Robert T. Franklin, Esquire